**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY CURTIS ECKMAN, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM KNIPP, Warden, <br><br> Respondent. | Case No. CV 09-5999 DSF (JCG) <br><br> **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Having made a *de novo* determination, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge's Report and Recommendation.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

1  Accordingly, IT IS ORDERED THAT:
2  1. Judgment shall be entered dismissing the action with prejudice.
3  2. The Clerk shall serve copies of this Order and the Judgment herein on
4  the parties.
5  3. Petitioner's Application for Certificate of Appealability, is denied.

6  9/20/11
7  DATED: _____

*Dale S. Fischer*

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2