# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CURTIS ECKMAN, | Case No. CV 09-5999 DSF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

9/20/11

DATED: _____

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1